IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02767-PAB-CBS

UNITED STATES OF AMERICA,

       Plaintiff,

v.

2012 FORD F-350, VIN 1FT8W3BT4CEB54003,

       Defendant.

_____

**FINAL ORDER OF FORFEITURE**
_____

       This matter comes before the Court on the United States' Motion for Final Order of Forfeiture [Docket No. 19] for the following property:

       2012 Ford F-350, VIN 1FT8W3BT4CEB54003

       The Court having read the motion and being fully advised in the premises finds that:

       The United States commenced this action *in rem* pursuant to 21 U.S.C. § 881.

       All known parties have been provided with an opportunity to respond and publication has been effected as required by Supplemental Rule G(4).

       The United States and Ford Motor Credit Company have reached a settlement in this case, and have filed a Settlement Agreement with the Court resolving all issues in dispute.

       No other claims to defendant property are at issue.

       Forfeiture of defendant shall enter in favor of the United States.

It further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED that:

Forfeiture of defendant 2012 Ford F-350, VIN 1FT8W3BT4CEB54003 shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties Settlement Agreement.

The Clerk of Court is directed to enter Judgment; and

A Certificate of Reasonable Cause, which this Order constitutes, is granted as to all defendant property pursuant to 28 U.S.C. § 2465.

DATED March 27, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge