IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02767-PAB-CBS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2012 FORD F-350, VIN 1FT8W3BT4CEB54003,

    Defendant.

_____

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture [Docket No. 21] entered by the Honorable Judge Philip A. Brimmer, the following JUDGMENT is hereby entered:

1. That forfeiture of defendant 2012 Ford F-350, VIN 1FT8W3BT4CEB54003, including all right, title, and interest, is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881.

2. That the United States shall have full and legal title as to the above described defendant property and may dispose of said property in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

3. That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to the above described defendant property under 28 U.S.C. § 2465.

4. Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this 28th day of March, 2014.

             JEFFREY P. COLWELL
             Clerk of the U.S. District Court

             s/ Kathy Preuitt-Parks
         By: Deputy Clerk